IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                    Case No. 1:13-cr-10026-005

WHITNEY M. CHARLES                                                                          DEFENDANT

and

FIRST FINANCIAL BANK                                                                         GARNISHEE

**ORDER**

A Writ of Continuing Garnishment directed to Garnishee First Financial Bank has been duly issued and served upon the Garnishee.  Pursuant to the Writ of Garnishment, the Garnishee filed an Answer to the writ stating that at the time of the service of the writ the Garnishee had in the Garnishee's possession, custody or under the Garnishee's control, personal property belonging to and due the Defendant and that Garnishee was indebted to Defendant.

On June 28, 2022, Defendant Whitney Charles was notified of her right to a hearing and the process in which to request a hearing to determine property exempt from garnishment.  On July 8, 2022, First Financial Bank filed an Answer stating that it had in its possession at the time of the Writ of Continuing Garnishment, the sum of $200.83 as funds currently in its possession belonging to Defendant.  ECF No. 378.  On July 14, 2022, Defendant filed a Request for Hearing to dispute the garnishment. ECF No. 380.  On July 28, 2022, the United States filed its Response to Defendant's Request for Hearing asserting that Defendant had failed to show the funds were exempt.  ECF No. 383.   On August 30, 2022, the Court entered an Order denying Defendant's Motions for Hearing.  ECF No. 386.

**IT IS THEREFORE ORDERED** that Garnishee First Financial Bank pay the sum of $200.83 as funds currently in its possession belonging to Defendant Whitney Charles, pursuant to 15 U.S.C. § 1673.  Payment should be made payable to the United States District Court Clerk and mailed to Judge Isaac C. Parker Federal Building, 30 South 6th Street, Room 1038, Fort Smith, Arkansas 72901, and should include Defendant's name and court number as reference.

**IT IS SO ORDERED**, this 11th day of October, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge